| United States Bankruptcy Court<br>Middle District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**nCoat, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**98-0375406** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**7237 Pace Drive**<br>**Whitsett, NC**     ZIP Code **27377** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Guilford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ☑ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**nCoat, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br> Signature of Attorney for Debtor(s)  (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| nCoat, Inc. |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ John A. Northen, NCSB**
Signature of Attorney for Debtor(s)

**John A. Northen, NCSB 6789**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435**
**P.O. Box 2208**
**Chapel Hill, NC 27515-2208**

Address

**(919) 968-4441**
Telephone Number

**August 16, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Paul Clayson**
Signature of Authorized Individual

**Paul Clayson**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**August 16, 2010**
Date

In re    **nCoat, Inc.**                                                                    ,          Case No. _____

                                        Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **High Performance Coatings, Inc.**<br>**Middle District, North Carolina** | **subsidiary** | |
| **MCC, Inc., dba Jet Hot**<br>**Middle District, North Carolina** | **subsidiary** | |
| **nTech, Inc.**<br>**Middle District, North Carolina** | **subsidiary** | |

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **nCoat, Inc.**                  ,        Case No. _____

                                           Debtor

Chapter _____**11**_____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___**0001157443**_____.

2. The following financial data is the latest available information and refers to debtor's condition on ___**August 1, 2010**_____.

    a. Total assets                      $____**1,390,750.00**____

    b. Total debts (including debts listed in 2.c.,below)    $___**914,014,350.00**___

                                             Approximate number of holders

    c. Debt securities held by more than 500 holders.

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $____0.00 | 0 |

    d. Number of shares of preferred stock              0          0

    e. Number of shares of common stock        **133,828,605**      **103**

    Comments, if any:

3. Brief description of debtor's business:
   **Nanotechnology research, licensing, and commercialization, distribution and application of surface coatings**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Mark H. Willes Family Trust**
   **Paul S. Clayson**
   **Terry R. Holmes**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    nCoat, Inc.                                  Case No. _____

                                           Debtor(s)                 Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Bridge Point Master Fund, Ltd.<br>1120 Sanctuary Parkway<br>Suite 325<br>Alpharetta, GA 30009 | Bridge Point Master Fund, Ltd.<br>1120 Sanctuary Parkway<br>Suite 325<br>Alpharetta, GA 30009 | Series A Debenture, original amount $1,500,000 | | 116,272,300.00 |
| Capital Venture International<br>101 California St<br>Suite 3250<br>San Francisco, CA 94111 | Capital Venture International<br>101 California St<br>Suite 3250<br>San Francisco, CA 94111 | Series A Debenture, original amount $1,500,000 | | 122,177,548.00 |
| E. Roger Williams<br>114 Ferris Hill Rd<br>New Canaan, CT 06840 | E. Roger Williams<br>114 Ferris Hill Rd<br>New Canaan, CT 06840 | Series A Debenture, original amount $100,000 | | 8,145,170.00 |
| Edward A Bugniazet III<br>25 Hilltop Pl<br>Rye, NY 10580 | Edward A Bugniazet III<br>25 Hilltop Pl<br>Rye, NY 10580 | Series A Debenture, original amount $100,000 | | 8,145,170.00 |
| EGATNIV, LLC<br>150 West 46th St<br>New York, NY 10036 | EGATNIV, LLC<br>150 West 46th St<br>New York, NY 10036 | Series A Debenture, original amount $150,000 | | 12,217,755.00 |
| Enable Growth Partners LP<br>One Ferry Building<br>Suite 255<br>San Francisco, CA 94111 | Enable Growth Partners LP<br>One Ferry Building<br>Suite 255<br>San Francisco, CA 94111 | Series A Debenture, original amount $4,250,000 | | 346,169,721.00 |
| Enable Opportunity Partners LP<br>One Ferry Building<br>Suite 255<br>San Francisco, CA 94111 | Enable Opportunity Partners LP<br>One Ferry Building<br>Suite 255<br>San Francisco, CA 94111 | Series A Debenture, original amount $600,000 | | 48,871,019.00 |
| GGR II - Gregory Voetsch<br>545 Washington Blvd<br>Jersey City, NJ 70310 | GGR II - Gregory Voetsch<br>545 Washington Blvd<br>Jersey City, NJ 70310 | Series B Debenture, original amount $250,000 | | 20,362,925.00 |
| GGR II - Thomas Joyce<br>545 Washington Blvd<br>Jersey City, NJ 70310 | GGR II - Thomas Joyce<br>545 Washington Blvd<br>Jersey City, NJ 70310 | Series B Debenture, original amount $250,000 | | 20,362,925.00 |
| Jamees McCormick C/O FMCG<br>90 Park Ave 18th Floor<br>New York, NY 10016 | Jamees McCormick C/O FMCG<br>90 Park Ave 18th Floor<br>New York, NY 10016 | Series B Debenture, original amount $250,000 | | 20,362,925.00 |
| Jason Baer<br>35 Golf View Dr<br>Easton, CT 06612 | Jason Baer<br>35 Golf View Dr<br>Easton, CT 06612 | Series A Debenture, original amount $50,000 | | 4,072,585.00 |

In re    nCoat, Inc.                                                    Case No.
_____                    _____
              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jeffrey Kahn<br>43 Antler Lane<br>Wilton, CT 06897 | Jeffrey Kahn<br>43 Antler Lane<br>Wilton, CT 06897 | Series A Debenture, original amount $50,000 | | 4,072,585.00 |
| Knight Capital Group<br>545 Washington Blvd<br>Jersey City, NJ 70310 | Knight Capital Group<br>545 Washington Blvd<br>Jersey City, NJ 70310 | Series B Debenture, original amount $1,000,000 | | 81,451,699.00 |
| M Scott Moss<br>4 New Canaan Ave<br>Norwalk, CT 06851 | M Scott Moss<br>4 New Canaan Ave<br>Norwalk, CT 06851 | Series A Debenture, original amount $50,000 | | 4,072,585.00 |
| Mark Reinders<br>86 Codfish Hill Rd<br>Bethel, CT 06801 | Mark Reinders<br>86 Codfish Hill Rd<br>Bethel, CT 06801 | Series A Debenture, original amount $100,000 | | 8,145,170.00 |
| Pierce Diversified Strategy/Master Fund<br>One Ferry Building<br>Suite 255<br>San Francisco, CA 94111 | Pierce Diversified Strategy/Master Fund<br>One Ferry Building<br>Suite 255<br>San Francisco, CA 94111 | Series A Debenture, original amount $150,000 | | 12,217,755.00 |
| Rahn & Bodmer<br>TALSTRASSE 15 POSTFACH<br>CH 8022 ZURICH, SWITZERLAND | Rahn & Bodmer<br>TALSTRASSE 15 POSTFACH<br>CH 8022 ZURICH, SWITZERLAND | Series B Debenture, original amount $500,000 | | 40,725,849.00 |
| Rogers H / Nancy W Harper<br>20 Country Club Rd<br>New Canaan, CT 06840 | Rogers H / Nancy W Harper<br>20 Country Club Rd<br>New Canaan, CT 06840 | Series A Debenture, original amount $100,000 | | 8,145,170.00 |
| Scott Lyman<br>156 Colonial Rd<br>New Canaan, CT 06840 | Scott Lyman<br>156 Colonial Rd<br>New Canaan, CT 06840 | Series A Debenture, original amount $150,000 | | 12,217,755.00 |
| William P Whalen<br>69 Oriole Way<br>Westbury, NY 11590 | William P Whalen<br>69 Oriole Way<br>Westbury, NY 11590 | Series A Debenture, original amount $100,000 | | 8,145,170.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    August 16, 2010                    Signature    /s/ Paul Clayson
                                                         _____
                                                         Paul Clayson
                                                         CEO


*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **nCoat, Inc.**                            ,      Case No. _____

                                  Debtor          Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,375,746.30 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 142,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 962,360.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 912,514,278.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 1,375,746.30 | | |
| Total Liabilities | | | | 913,619,139.23 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re     **nCoat, Inc.**                                  ,      Case No. _____

                                       Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **nCoat, Inc.**                                      ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | | | (Report also on Summary of Schedules) |

  **0**   continuation sheets attached to the Schedule of Real Property

In re   **nCoat, Inc.**                               ,       Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Flex spending account, BB&T** | - | 590.30 |
| | | **DIP operating account, Wells Fargo** | - | 0.00 |
| | | **DIP Flex account, BB&T** | - | 0.00 |
| | | **Wells Fargo - 9522** | - | 0.00 |
| | | **Wells Fargo - 1666 (PA)** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **590.30** |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com               Best Case Bankruptcy

In re **nCoat, Inc.** ,     Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | High Performance Coatings Inc., subsidiary | - | 1.00 |
| | | MCC, Inc., subsidiary | - | 1.00 |
| | | nTech, Inc., subsidiary | - | 1,357,154.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **1,357,156.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re     **nCoat, Inc.**                              ,       Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office furniture** | - | 6,000.00 |
| | | **Computers and equipment** | - | 12,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                          Sub-Total >        **18,000.00**

                                          (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re    **nCoat, Inc.**                     ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,375,746.30** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re   **nCoat, Inc.**                         ,      Case No. _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/28/10 | | | | | |
| **Fort Ashford Funds, LLC** **2532 Dupont Drive** **Irvine, CA 92612** | X | - | **Line of credit, secured lien** **blanket lien on all assets, 2 notes, security agreement** | | | | | |
| | | | Value $             **142,500.00** | | | | **142,500.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | **142,500.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **142,500.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **nCoat, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**  continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re **nCoat, Inc.** _____, Case No. _____
　　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | 2007-2010 | | | | | | |
| Paul Clayson 7237 Pace Dr. P. O. Box 189 Whitsett, NC 27377 | | - | | Wages | | | | 483,315.90 | 471,590.90 | 11,725.00 |
| Account No. | | | | 2007-2010 | | | | | | |
| Terry Holmes 7237 Pace Dr. P. O. Box 189 Whitsett, NC 27377 | | - | | Wages | | | | 468,838.67 | 457,113.67 | 11,725.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal | 928,704.57 | |
| (Total of this page) | 952,154.57 | 23,450.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　Best Case Bankruptcy

In re   **nCoat, Inc.**                                      ,       Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. | | for notice purposes only | | | | | |
| Employment Security Commission 700 Wade Avenue P.O. Box 26504 Raleigh, NC 27611 | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | for notice purposes only | | | | | |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | 11/30/2009 taxes due | | | | | |
| NC DEPT OF REVENUE P. O. Box 25000 Raleigh, NC 27640-0700 | - | | | | | 2,016.50 | 0.00 / 2,016.50 |
| Account No. | | notice purposes only | | | | | |
| U S. Securities Exchange Commission Rm 10700 100 F Street NE Washington, DC 20549 | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | 1/1/2010 taxes due | | | | | |
| UTAH STATE TAX COMMISSION 210 N 1950 W Salt Lake City, UT 84134-0190 | - | | | | | 8,189.45 | 0.00 / 8,189.45 |

Sheet  __2__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 10,205.95 / 10,205.95 |
| | Total | 928,704.57 |
| | (Report on Summary of Schedules) | 962,360.52 / 33,655.95 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re **nCoat, Inc.**                                   Case No. _____
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  <br><br>**Accountemps**  <br>**12400 Collections Center Drive**  <br>**Chicago, IL 60693** | - | | | 3/17/2010 <br>service | | | | 3,421.00 |
| Account No.  <br><br>**ALLTEL**  <br>**PO BOX 96019**  <br>**Charlotte, NC 28296-0019** | - | | | 6/1/2009 <br>goods | | | | 22,507.21 |
| Account No.  <br><br>**AUDIENCE MARKETING, INC.**  <br>**P. O. Box 679**  <br>**Vancouver, BC Canada V6C 1A1,** | - | | | 2/4/2008 <br>goods | | | | 21,500.00 |
| Account No.  <br><br>**BAKERVIEW INVESTOR RELATIONS,**  <br>**976 PEACE PORTAL DR**  <br>**Blaine, WA 98230** | - | | | 1/9/2009 <br>goods | | | | 109,356.94 |
| __11__  continuation sheets attached | | | | Subtotal <br>(Total of this page) | | | | 156,785.15 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:20666-100426   Best Case Bankruptcy

In re **nCoat, Inc.**                                                           Case No. _____
                                                          ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bart Mackay**<br>**7237 Pace Dr.**<br>**P. O. Box 189**<br>**Whitsett, NC 27377** | - | | **2007-2008**<br>**Wages not earned in last 180 days** | | | | 2,259.92 |
| Account No.<br><br>**Bourland,Heflin,Alvarez,Minor**<br>**& Matthews, PLC**<br>**5400 Poplar Ave, Suite 100**<br>**Memphis, TN 38119-3660** | - | | **8/1/2009**<br>**service** | | | | 3,084.34 |
| Account No.<br><br>**Bridge Point Master Fund, Ltd.**<br>**1120 Sanctuary Parkway**<br>**Suite 325**<br>**Alpharetta, GA 30009** | - | | **5/31/2007**<br>**Series A Debenture, original amount**<br>**$1,500,000** | | | | 116,272,300.00 |
| Account No.<br><br>**BULLIVANT HOUSER BAILEY**<br>**300 PIONEER TOWER**<br>**888 SW FIFTH AVENUE**<br>**Portland, OR 97204-2089** | - | | **1/1/2008**<br>**service** | | | | 4,300.50 |
| Account No.<br><br>**Capital Venture International**<br>**101 California St**<br>**Suite 3250**<br>**San Francisco, CA 94111** | - | | **5/31/2007**<br>**Series A Debenture, original amount**<br>**$1,500,000** | | | | 122,177,548.00 |

Sheet no. __1___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

238,459,492.76

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  **nCoat, Inc.** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CATALYST FINANCIAL RESOURCES L** <br> **3220 SW FIRST AVENUE** <br> **SUITE 201** <br> **Portland, OR 97239** | - | | | **7/15/2008** <br> **service** | | | | **70,764.86** |
| Account No. <br><br> **Citizens Security Life Ins. Co** <br> **PO Box 436149** <br> **Louisville, KY 40253** | - | | | **6/28/2010** <br> **services** | | | | **2,238.12** |
| Account No. <br><br> **Continental Stock Transfer & T** <br> **17 Battery Place** <br> **New York, NY 10004** | - | | | **12/31/2010** <br> **service** | | | | **7,106.42** |
| Account No. <br><br> **CT Corporation** <br> **1209 Orange St** <br> **Wilmington, DE 19801** | - | | | **nCoat Automotive Group, Delaware franchise** <br> **service** | | | | **1,496.46** |
| Account No. <br><br> **DEPOSITORY TRUST COMPANY** <br> **55 Water Street** <br> **22nd Floor** <br> **New York City, NY 10041-0099** | - | | | **1/1/2008** <br> **service** | | | | **2,070.00** |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **83,675.86**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **nCoat, Inc.** ,       Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/11/2010 service | | | | |
| DURHAM JONES & PINEGAR 111 EAST BROADWAY SUITE 900 Salt Lake City, UT 84110 | - | | | | | | | 526,671.48 |
| Account No. | | | | 3/28/2007 Series A Debenture, original amount $100,000 | | | | |
| E. Roger Williams 114 Ferris Hill Rd New Canaan, CT 06840 | - | | | | | | | 8,145,170.00 |
| Account No. | | | | 3/28/2007 Series A Debenture, original amount $100,000 | | | | |
| Edward A Bugniazet III 25 Hilltop Pl Rye, NY 10580 | - | | | | | | | 8,145,170.00 |
| Account No. | | | | 6/19/2007 Series A Debenture, original amount $150,000 | | | | |
| EGATNIV, LLC 150 West 46th St New York, NY 10036 | - | | | | | | | 12,217,755.00 |
| Account No. | | | | 5/31/2007 Series A Debenture, original amount $4,250,000 | | | | |
| Enable Growth Partners LP One Ferry Building Suite 255 San Francisco, CA 94111 | - | | | | | | | 346,169,721.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      375,204,487.48

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re    **nCoat, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 5/31/2007 Series A Debenture, original amount $600,000 | | | | |
| Enable Opportunity Partners LP One Ferry Building Suite 255 San Francisco, CA 94111 | - | | | | | | | | 48,871,019.00 |
| Account No. | | | | | 10/21/2009 goods | | | | |
| FEDEX FREIGHT PO BOX 406708 Atlanta, GA 30384-6708 | - | | | | | | | | 72.80 |
| Account No. | | | | | 3/17/2010 service | | | | |
| FIDELITY SECURITY LIFE /EYEMED PO BOX 632530 Cincinnati, OH 45263-2530 | - | | | | | | | | 252.88 |
| Account No. | | | | | 2/23/2007 Series B Debenture, original amount $250,000 | | | | |
| GGR II - Gregory Voetsch 545 Washington Blvd Jersey City, NJ 70310 | - | | | | | | | | 20,362,925.00 |
| Account No. | | | | | 2/23/2007 Series B Debenture, original amount $250,000 | | | | |
| GGR II - Thomas Joyce 545 Washington Blvd Jersey City, NJ 70310 | - | | | | | | | | 20,362,925.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,597,194.68

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **nCoat, Inc.** _____,  Case No. _____

 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/31/2009 service | | | | |
| HANSON, BARNETT & MAXWELL 5 TRIAD CENTER, SUITE 750 Salt Lake City, UT 84180-1128 | - | | | | | | 182,862.54 |
| Account No. | | | 7/9/2007 Series B Debenture, original amount $250,000 | | | | |
| Jamees McCormick C/O FMCG 90 Park Ave 18th Floor New York, NY 10016 | - | | | | | | 20,362,925.00 |
| Account No. | | | 3/29/2007 Series A Debenture, original amount $50,000 | | | | |
| Jason Baer 35 Golf View Dr Easton, CT 06612 | | | | | | | 4,072,585.00 |
| Account No. | | | 3/29/2007 Series A Debenture, original amount $50,000 | | | | |
| Jeffrey Kahn 43 Antler Lane Wilton, CT 06897 | - | | | | | | 4,072,585.00 |
| Account No. | | | 2/23/2007 Series B Debenture, original amount $1,000,000 | | | | |
| Knight Capital Group 545 Washington Blvd Jersey City, NJ 70310 | | | | | | | 81,451,699.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **110,142,656.54**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re **nCoat, Inc.** _____ ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Knight Capital Group**<br>**545 Washington Blvd**<br>**Jersey City, NJ 07310** | | - | **demand note** | | | | **500,000.00** |
| Account No.<br><br>**KNIGHT CAPITAL MARKETS LLC**<br>**ATTN: ACCTS RECEIVABLE**<br>**545 WASHINGTON BLVD; 3RD FLOOR**<br>**Jersey City, NJ 07310** | | - | **1/30/2008**<br>**goods** | | | | **12,316.97** |
| Account No.<br><br>**Laboratory Corporation of Amer**<br>**PO BOX 12140**<br>**Burlington, NC 27216-2140** | | - | **6/26/2010**<br>**service** | | | | **56.00** |
| Account No.<br><br>**Les Mangum**<br>**7237 Pace Dr.**<br>**P. O. Box 189**<br>**Whitsett, NC 27377** | | - | **2007-2009**<br>**Wages not earned in last 180 days** | | | | **24,823.10** |
| Account No.<br><br>**LINCOLN NATIONAL LIFE INSU**<br>**PO BOX 0821**<br>**Carol Stream, IL 60132-0821** | | - | **7/1/2010**<br>**service** | | | | **1,206.50** |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **538,402.57**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **nCoat, Inc.** ,  Case No. _____
                                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>M Scott Moss<br>4 New Canaan Ave<br>Norwalk, CT 06851 | - | | 3/29/2007<br>Series A Debenture, original amount $50,000 | | | | 4,072,585.00 |
| Account No.<br><br>Marcelene  Cook<br>7237 Pace Dr.<br>P. O. Box 189<br>Whitsett, NC 27377 | - | | 2007-2008<br>Wages not earned in last 180 days | | | | 1,688.46 |
| Account No.<br><br>Mark Reinders<br>86 Codfish Hill Rd<br>Bethel, CT 06801 | - | | 3/29/2007<br>Series A Debenture, original amount $100,000 | | | | 8,145,170.00 |
| Account No.<br><br>NET@WORK<br>1616 E MILLBROOK RD<br>SUITE 380<br>Raleigh, NC 27609 | - | | 1/30/2009 | | | | 312.50 |
| Account No.<br><br>Paul M Foley<br>68 West Road<br>New Canaan, CT 06840 | - | | 3/26/2007<br>Series A Debenture, original amount $50,000 | | | | 4,072,585.00 |

Sheet no. __7___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,292,340.96

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                   Best Case Bankruptcy

In re **nCoat, Inc.** ,                    Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 5/31/2007 Series A Debenture, original amount $150,000 | | | | |
| **Pierce Diversified Strategy/Master Fund One Ferry Building Suite 255 San Francisco, CA 94111** | - | | | | | | 12,217,755.00 |
| Account No. | | | 6/30/2010 service | | | | |
| **PREMIUM ASSIGNMENT CORPORATION PO Box 3100 Tallahassee, FL 32315-3100** | - | | | | | | 191.44 |
| Account No. | | | 9/30/2010 goods | | | | |
| **QUARTER CIRCLE 2C, LLC 7237 Pace Drive P O Box 189 Whitsett, NC 27377** | - | | | | | | 238,185.80 |
| Account No. | | | 6/1/2008 goods | | | | |
| **QUOTE MEDIA 17100 E SHEA BLVD SUITE 230 Fountain Hills, AZ 85268** | - | | | | | | 550.00 |
| Account No. | | | 6/12/2007 Series B Debenture, original amount $500,000 | | | | |
| **Rahn & Bodmer TALSTRASSE 15 POSTFACH CH 8022 ZURICH, SWITZERLAND** | - | | | | | | 40,725,849.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          53,182,531.24

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **nCoat, Inc.**                             ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Rogers H / Nancy W Harper <br> 20 Country Club Rd <br> New Canaan, CT 06840 | | - | | 3/29/2007 <br> Series A Debenture, original amount $100,000 | | | | 8,145,170.00 |
| Account No. <br><br> SAGE SOFTWARE, INC. <br> ATTN: CUSTOMER CARE DEPT <br> PO BOX 849887 <br> Dallas, TX 75284-9887 | | - | | 3/19/2009 <br> goods | | | | 3,849.63 |
| Account No. <br><br> Sam Holmes <br> 7237 Pace Dr. <br> P. O. Box 189 <br> Whitsett, NC 27377 | | | | 2007-2008 <br> Wages not earned in last 180 days | | | | 3,593.12 |
| Account No. <br><br> SCOTT INSURANCE <br> 628 Green Valley Road <br> Suite 306 <br> Greensboro, NC 27408 | | - | | 4/12/2010 <br> service | | | | 1,250.00 |
| Account No. <br><br> Scott Lyman <br> 156 Colonial Rd <br> New Canaan, CT 06840 | | - | | 3/28/2007 <br> Series A Debenture, original amount $150,000 | | | | 12,217,755.00 |

Sheet no. __9___ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)      20,371,617.75

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re **nCoat, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 5/18/2010 service | | | | |
| SOUTHRIDGE SERVICES 32 West 300 South #136 Salt Lake City, UT 84101 | - | | | | | | 332.50 |
| Account No. | | | 6/1/2010 service | | | | |
| Stanley Benefits, Inc. P.O. Box 29329 Greensboro, NC 27429 | - | | | | | | 156.75 |
| Account No. | | | 1/10/2209 goods | | | | |
| TELNETZ, INC 582 Pinecreek Rd Troy, MT 59935 | - | | | | | | 188,949.10 |
| Account No. | | | 7/10/2010 service | | | | |
| UNITED HEALTHCARE Dept. Ch-10151 Palatine, IL 60055 | - | | | | | | 22,740.75 |
| Account No. | | | 3/27/2009 goods | | | | |
| VIAVID BROADCASTING CORP PO BOX 92055 WEST VANCOUVER POSTAL OUTLET WEST VANCOUVER, BC Canada V7V 4X4 | - | | | | | | 300.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

212,479.10

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **nCoat, Inc.**,                                           Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 1/1/2008 service | | | | |
| WAYLON PRINCE McCann Erickson Adv 32 Exchange Place suite 200 Salt Lake City, UT 84111 | - | | | | | | | 140.00 |
| Account No. | | | | 3/28/2007 Series A Debenture, original amount $100,000 | | | | |
| William P Whalen 69 Oriole Way Westbury, NY 11590 | - | | | | | | | 8,145,170.00 |
| Account No. | | | | 4/19/2010 service | | | | |
| WORKMAN NYDEGGER 1000 Eagle Gate Tower 60 East South Temple Salt Lake City, UT 84111 | - | | | | | | | 127,304.62 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 8,272,614.62 |
| Total (Report on Summary of Schedules) | 912,514,278.71 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re     **nCoat, Inc.**                                                   ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Michael Novakovic**<br>**113 North Spring Mill Road**<br>**Villanova, PA 19085** | **settlement agreement with M. Novajovic and Novak-Ban, LLC** |
| **NC A & T**<br>**1601 E. Market Street**<br>**Fort Disciplinary Research Center**<br>**Greensboro, NC 27411** | **Memo of understanding, collaboration agreement** |
| **Toshiba Financials/GE Capital**<br>**P O Box 740441**<br>**Atlanta, GA 30374-0441** | **Copier, lease expires 3/10/2013** |
| **Zanett Opportunity Fund, Ltd**<br>**635 Madison Avenue, Ste 1500**<br>**New York, NY 10022** | **Equipment Sale Leaseback; dated 8/26/2009** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                 Best Case Bankruptcy

In re    **nCoat, Inc.**                         ,     Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **High Performance Coatings, Inc.**<br>**7237 Pace Drive**<br>**Whitsett, NC 27377** | **Fort Ashford Funds, LLC**<br>**2532 Dupont Drive**<br>**Irvine, CA 92612** |
| **MCC, Inc.**<br>**7237 Pace Drive**<br>**Whitsett, NC 27377** | **Fort Ashford Funds, LLC**<br>**2532 Dupont Drive**<br>**Irvine, CA 92612** |
| **nTech, Inc.**<br>**7237 Pace Drive**<br>**Whitsett, NC 27377** | **Fort Ashford Funds, LLC**<br>**2532 Dupont Drive**<br>**Irvine, CA 92612** |

**0**

‾‾‾‾ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of North Carolina

In re  nCoat, Inc.                                                        Case No.
                                    Debtor(s)                            Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 16, 2010                              Signature  /s/ Paul Clayson
                                                               Paul Clayson
                                                               CEO

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re   nCoat, Inc.                               Case No.
                                  Debtor(s)          Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 75,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 75,000.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Fees as pursuant to Local Rule 2016-1, a copy of which has been provided to the debtor.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:     August 16, 2010                            /s/ John A. Northen, NCSB
                                                       John A. Northen, NCSB 6789
                                                       Northen Blue, L.L.P.
                                                       1414 Raleigh Road, Suite 435
                                                       P.O. Box 2208
                                                       Chapel Hill, NC 27515-2208
                                                       (919) 968-4441

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re     **nCoat, Inc.**                                     ,      Case No. _____

                                             Debtor          Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ALLEN BRADLEY<br>7433 NW 6TH TERRACE<br>OKLAHOMA CITY, OK 73127 | Common | 20,000 | |
| ANTHONY MCCULLOUGH<br>7009 N W 16TH #276<br>BETHANY, OK 73008 | Common | 25,000 | |
| AVENDALE EQUITY LLC<br>HENVILLE BUILDING<br>CHARLESTON, NEVIS | Common | 126,874 | |
| BARB TAYLOR<br>6170 DOUGLAS AVE<br>KALAMAZOO, MI 49009 | Common | 25,000 | |
| BART MACKAY<br>108 ELMCREST LANE<br>ELON, NC 27244 | Common | 125,000 | |
| BERT WONNACOTT<br>1503 E GREENFIELD AVE<br>SALT LAKE CITY, UT 84121 | Common | 350,000 | |
| BRAD DEKKER<br>1931 NW 27TH ST<br>OKLAHOMA CITY, OK 73106 | Common | 100,000 | |
| BRIAN NEIL<br>2501 N NORMAN AVE<br>OKLAHOMA CITY, OK 73127 | Common | 65,000 | |
| BROCK HOLMES<br>11483 BRAMBLEBERRY LN<br>DRAPER, UT 84020 | Common | 450,000 | |
| BROWN BROTHERS HARRIMAN & CO<br>140 BROADWAY<br>NEW YORK, NY 10005 | Common | 7,650,000 | |
| CANACCORD CAPITAL CORP<br>P O BOX 10337 PACIFIC CTR<br>2200 - 609 GRANVILLE ST<br>VANCOUVER BC, CANADA V7Y 1H2 | Common | 268,000 | |

**8** ____ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

In re    **nCoat, Inc.**                       ,        Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CAPITAL VENTURE INTERNATIONAL**<br>**101 CALIFORNIA ST STE 3250**<br>**SAN FRANCISCO, CA 94111** | **Common** | **190,310** | |
| **CAROLINE HANSON**<br>**3805 SUNNYCREST DRIVE**<br>**NORTH VANCOUVER BC, CANADA V7R 3C5** | **Common** | **50,000** | |
| **CEDE & CO**<br>**P O BOX 20**<br>**BOWLING GREEN STATION**<br>New York, NY 10004 | **Common** | **51,470,424** | |
| **CHRISTOPHER ASHER**<br>**2621 S W 74TH**<br>**OKLAHOMA CITY, OK 73159** | **Common** | **20,000** | |
| **CINDY POWELL**<br>**809 HILLCREST DR**<br>**GIBSONVILLE, NC 27249** | **Common** | **7,500** | |
| **CITIGROUP GLOBAL MARKETS INC**<br>**333 W 34TH ST 3RD FL**<br>**NEW YORK, NY 10001** | **Common** | **4,472,266** | |
| **CLARK PAPKE**<br>**11186 HAWKWOOD DR**<br>**SANDY, UT 84094** | **Common** | **25,000** | |
| **CRUZ RAMIREZ**<br>**8729 S OLIE AVE**<br>**OKLAHOMA CITY, OK 73139** | **Common** | **125,000** | |
| **DARIN TEW**<br>**1266 S 330 W**<br>**PAYSON, UT 84651** | **Common** | **75,000** | |
| **DAVE BURTON**<br>**3721 JULIAN ST**<br>**CLIMAX, NC 27233** | **Common** | **350,000** | |
| **DAVID GIBBONS**<br>**4607 MARLIN COURT**<br>**HERRIMAN, UT 84096** | **Common** | **50,000** | |
| **DAVID HATCH**<br>**4507 E TREMAINE AVE**<br>**HIGLEY, AZ 85236** | **Common** | **50,000** | |

Sheet  **1**  of  **8**  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    **nCoat, Inc.**                                             ,      Case No. _____

                                         Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **DEBRA CHRISTENSEN**<br>**1167 E RANCHERO DR**<br>**DRAPER, UT 84020** | **Common** | **10,000** | |
| **DERRICK KING**<br>**5542 NW 23RD OKC**<br>**OKLAHOMA CITY, OK 73127** | **Common** | **7,500** | |
| **E ROGER WILLIAMS**<br>**114 FERRIS HILL RD**<br>**NEW CANAAN, CT 06840** | **Common** | **12,687** | |
| **E\*TRADE CLEARING LLC**<br>**ATTN  KEVIN PRINCE**<br>**55 WATER ST 32ND FL**<br>**New York, VY 10041** | **Common** | **16,287** | |
| **EDWARD A BUGNIAZET III**<br>**25 HILLTOP PL**<br>**RYE, NY 10580** | **Common** | **12,687** | |
| **ENABLE GROWTH PARTNERS LP**<br>**ONE FERRY BUILDING STE 255**<br>**SAN FRANCISCO, CA 94111** | **Common** | **539,211** | |
| **ENABLE OPPORTUNITY PARTNERS LP**<br>**ONE FERRY BUILDING STE 255**<br>**SAN FRANCISCO, CA 94111** | **Common** | **76,124** | |
| **FIRST CLEARING LLC**<br>**P O BOX 6570**<br>**GLEN ALLEN, VA 23058** | **Common** | **19** | |
| **GARRETT BEST**<br>**2387 W MONT CALM DR**<br>**RIVERTON, UT 84065** | **Common** | **5,000** | |
| **GARRETT BRYAN**<br>**6029 JACKLING WY**<br>**WEST JORDAN, UT 84084** | **Common** | **37,500** | |
| **GGR 1 LLC**<br>**C/O MERRILL LYNCH, ATTN TIM ORR**<br>**4 CHERRY ST**<br>**NEW CANAAN, CT 06840** | **Common** | **1,035,215** | |
| **GGR II**<br>**ATTN: TOM JOYCE**<br>**545 WASHINGTON BLVD**<br>**JERSEY CITY, NJ 07310** | **Common** | **63,437** | |

Sheet  **2**  of  **8**  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com              Best Case Bankruptcy

In re    **nCoat, Inc.**                                           ,       Case No. _____

                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GOLDEN CAPITAL SECURITIES LTD<br>168-1177 W HASTINGS ST<br>VANCOUVER BC, CANADA V6E 2K3 | Common | 83,500 | |
| GREGORY CHAN<br>711 W 1950 S<br>SYRACUSE, UT 84075 | Common | 50,000 | |
| JAMES C DODD<br>6850 DERBY RUN DR<br>WHITSETT, NC 27377 | Common | 200,000 | |
| JAMES MCCORMICK<br>C/O FMCG<br>90 PARK AVE 18TH FL<br>NEW YORK, NY 10016 | Common | 31,718 | |
| JAMES YATES<br>1234 GLORY VINE ROAD<br>WHITSETT, NC 27377 | Common | 45,000 | |
| JASON BAER<br>35 GOLF VIEW DR<br>EASTON, CT 06612-2156 | Common | 6,344 | |
| JEFF JONES<br>1804 MOUNTAIN VIEW RD<br>SALT LAKE CITY, UT 84106 | Common | 200,000 | |
| JEFFREY S KAHN<br>43 ANTLER LANE<br>WILTON, CT 06897 | Common | 6,344 | |
| JEFFREY STEPHENS<br>1064 FALLBROOK WAY<br>SANDY, UT 84094 | Common | 15,000 | |
| JERERMY SHIELDS<br>7414 S 4950 W<br>WEST JORDAN, UT 84084 | Common | 95,000 | |
| JOE ESPIL<br>1080 W 3300 S<br>SALT LAKE CITY, UT 84119 | Common | 50,000 | |
| JOHN PASSEY<br>959 WYCKSHIRE COURT<br>WHITSETT, NC 27377 | Common | 150,000 | |

Sheet   **3**   of   **8**   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re      **nCoat, Inc.** _____ ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KEN CROCHERON**<br>**247 E PEBBLEBROOK WAY**<br>**DRAPER, UT 84020** | **Common** | **150,000** | |
| **KENT WHTESEL**<br>**604 KINVARRA PL**<br>**PURCELLVILLE, VA 20132** | **Common** | **50,000** | |
| **KEVIN SASSER**<br>**P O BOX 10**<br>**WHITSETT, NC 27377** | **Common** | **150,000** | |
| **KMB LLC**<br>**100 MANHATTANVILLE ROAD**<br>**PURCHASE NY, NY 10577-2134** | **Common** | **440,200** | |
| **KNIGHT CAPITAL GROUP**<br>**ATTN: TOM JOYCE**<br>**545 WASHINGTON BLVD**<br>**JERSEY CITY, NJ 07310** | **Common** | **126,873** | |
| **KNIGHT/TRIMARK INC**<br>**100 MANHATTANVILLE ROAD**<br>**PURCHASE NY, NY 10577-2134** | **Common** | **440,200** | |
| **LANCE KRESS**<br>**1853 DUNBAR PLACE**<br>**BURLINGTON, NC 27215** | **Common** | **255,000** | |
| **LES MANGUM**<br>**814 ELON OSSIPEE ROAD**<br>**ELON, NC 27244** | **Common** | **450,000** | |
| **LISA LEONARD**<br>**1730 POLK WRIGHT LANE**<br>**KNOXVILLE, TN 37919** | **Common** | **25,000** | |
| **M RUSSELL BALLARD**<br>**2726 E WASATCH DR #20**<br>**SALT LAKE CITY, UT 84108** | **Common** | **200,000** | |
| **MAC & CO**<br>**ATTN CASH DIVIDEND UNIT**<br>**P O BOX 3196**<br>**PITTSBURGH, PA 15230** | **Common** | **2,500,000** | |
| **MARCELENE COOK**<br>**3122 MIDLAND COURT**<br>**BURLINGTON, C 27215** | **Common** | **65,000** | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **nCoat, Inc.**                                                         ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MARCI BROWN**<br>**5201 S SARA ROAD**<br>**MUSTANG, OK 73064** | **Common** | **50,000** | |
| **MARCINE HOLMES**<br>**13777 S SOUTHFORK DDR**<br>**DRAPER, UT 84020** | **Common** | **525,000** | |
| **MARK H WILLES**<br>**4343 SHEFFIELD DR**<br>**PROVO, UT 84604** | **Common** | **16,058,600** | |
| **MARK REINDERS**<br>**86 CODFISH HILL RD**<br>**BETHEL, CT 06801** | **Common** | **12,687** | |
| **MARSHALL TULLOS**<br>**912 DAVID RD**<br>**MOORE, OK 73160** | **Common** | **125,000** | |
| **MARTIN SCOTT MOSS**<br>**4 NEW CANAAN AVE**<br>**NORWALK, CT 06851** | **Common** | **6,344** | |
| **MATTHEW HARRIS**<br>**7351 S CATALPA RD 104A**<br>**MIDVALE, UT 84047** | **Common** | **45,000** | |
| **MATTHEW HIGLEY**<br>**5811 W LODESTONE AVE**<br>**KEARNS, UT 84118** | **Common** | **45,000** | |
| **MERRILL LYNCH PIERCE FENNER &**<br>**SMITH INC**<br>**101 HUDSON ST**<br>**Jersey City, NJ 07302** | **Common** | **6,400** | |
| **MICHAEL NOVAKOVIC**<br>**113 NORTH SPRING MILL ROAD**<br>**VILLANOVA, PA 19085** | **Common** | **250,000** | |
| **MICHAEL NOVAKOVIC &**<br>**PHEBES NOVAKOVIC  JT TEN**<br>**55 E FRONT ST**<br>**Bridgepoint, PA 19405** | **Common** | **1,333,333** | |
| **MORGAN STANLEY DW INC**<br>**HARBORSIDE FINANCIAL CTR**<br>**230 PLAZA 3 4TH FL**<br>**Jersey City, NJ 07311** | **Common** | **20,000** | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re **nCoat, Inc.**
_____, Case No. _____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| NATHAN COCHRAN<br>5279 S MORNING SKY<br>TAYLORSVILLE, UT 84123 | Common | 30,000 | |
| NBCN INC<br>1010 DE LA GAUCHETIERE WEST<br>SUITE 1410 DEPT J-03<br>Montreal QC, CANADA  H3B5J2 | Common | 1,000 | |
| NELSON PICKETT<br>633 W VANDAMENT #186<br>YUKON, OK 73099 | Common | 17,500 | |
| OPTIONSXPRESS INC<br>311 W MONROE ST STE 1000<br>CHICAGO, IL 60606 | Common | 250,000 | |
| PANAMERICA CAPITAL GROUP INC<br>TORRES DE LAS AMERICAS TOWER B 18TH FLR<br>PUNTA PACIFICA, Republic of Panama | Common | 356,000 | |
| PAUL FOLEY<br>68 WEST RD<br>NEW CANAAN, CT 06840 | Common | 6,344 | |
| PAUL S CLAYSON<br>211 BRIGHTON DRIVE<br>ELON, NC 27244 | Common | 13,451,880 | |
| PAUL THORNLEY<br>3314 WESTBROOK DR<br>WEST JORDAN, UT 84084 | Common | 67,500 | |
| PENSON FINANCIAL SERVICES INC<br>1700 PACIFIC AVE #1400<br>DALLAS, TX 75201 | Common | 3,310,504 | |
| PIERCE DIVERSIFIED STRATEGY MASTER<br>FUND LLC ENA<br>ONE FERRY BUILDING STE 255<br>SAN FRANCISCO, CA 94111 | Common | 19,031 | |
| RAHN & BODMER<br>TALSTRASSE 15 POSTFACH<br>CH 8022 ZURICH, SWITZERLAND | Common | 63,437 | |
| RAMON BARRERA<br>1501 W FOX PARK DR - APT 15B<br>WEST JORDAN, UT 84088-8272 | Common | 45,000 | |

Sheet __6__ of __8__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

In re   **nCoat, Inc.**                                            ,      Case No. _____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RAYMOND JAMES LTD**<br>**400 - 925 W GEORGIA ST**<br>**VANCOUVER BC, CANADA V6C 3L2** | **Common** | **1,900** | |
| **RBC DAIN RAUSCHER INC**<br>**510 MARQUETTE AVE S**<br>**P O BOX 1510**<br>**Minneapolis, MN 55402** | **Common** | **15,000** | |
| **RICH MAILE**<br>**750 W LAZY OAK WAY**<br>**SANDY, UT 84070** | **Common** | **255,000** | |
| **ROBERT HAIGHT JR**<br>**1872 YALE AVE**<br>**SALT LAKE CITY, UT 84108** | **Common** | **65,000** | |
| **ROBERT HAIGHT SR**<br>**2206 SNOW BASIN**<br>**SANDY, UT 84093** | **Common** | **200,000** | |
| **RODGERS H HARPER &**<br>**NANCY W HARPER JT TEN**<br>**20 COUNTRY CLUB RD**<br>**NEW CANAAN, CT 06840** | **Common** | **12,687** | |
| **SAM HOLMES**<br>**112 EVA DRIVE**<br>**GIBSONVILLE, NC 27249** | **Common** | **450,000** | |
| **SCOTT LYMAN**<br>**156 COLONIAL RD**<br>**NEW CANAAN, CT 06840** | **Common** | **19,031** | |
| **SHAUN MCKAY**<br>**4431 S 2300 W**<br>**ROY, UT 84067** | **Common** | **15,000** | |
| **STEPHEN DRAKE**<br>**2008 S MEBANE ST APT #745G**<br>**BURLINGTON, NC 27215** | **Common** | **20,000** | |
| **STERNE AGEE & LEACH INC**<br>**813 SHADES CREEK PKWY STE 100B**<br>**BIRNINGHAM, AL 35209** | **Common** | **5,500** | |
| **STEVE DEKKER**<br>**2100 NW 37TH**<br>**OKLAHOMA CITY, OK 73112** | **Common** | **30,0000** | |

Sheet  **7**  of  **8**  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **nCoat, Inc.** _____,    Case No. _____

                         Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **STEVE STUDDERT**<br>**422 RANCH DR**<br>**ALPINE, UT 84004** | **Common** | **637,640** | |
| **STEVE WILLIAMS**<br>**459 W 700 S**<br>**OREM, UT 84058** | **Common** | **450,000** | |
| **STEVEN RIPKA**<br>**1343 SE 39TH**<br>**OKLAHOMA CITY, OK 73129** | **Common** | **60,000** | |
| **TERRY R HOLMES**<br>**13777 S SOUTHFORK DR**<br>**DRAPER, UT 84020** | **Common** | **13,451,880** | |
| **THOM BUCKLEY**<br>**7070 MONTE VERDE**<br>**EL SOBRANTE, CA 94803** | **Common** | **97,500** | |
| **VENTURE CAPITAL FIRST LLC**<br>**HENVILLE BUILDING**<br>**CHARLESTOWN, NEVIS** | **Common** | **825,000** | |
| **WALLACE LUNSFORD**<br>**8705 NW 87TH TERR**<br>**OKLAHOMA CITY, OK 73132** | **Common** | **30,000** | |
| **WILLIAM P WHALEN**<br>**69 ORIOLE WAY**<br>**WESTBURY, NY 11590** | **Common** | **12,687** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 16, 2010**_____       Signature_**/s/ Paul Clayson**_____

                                                   **Paul Clayson**<br>                                                 **CEO**

    _Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.<br>                                 18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re   nCoat, Inc.                        Case No. _____

                                      Debtor(s)       Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 16, 2010                  /s/ Paul Clayson
                                          Paul Clayson/CEO
                                          Signer/Title

Credit Bureau
PO Box 26140
Greensboro, NC 27402


Internal Revenue Service
Special Procedures
320 Federal Place, Room 312
Greensboro, NC 27401


N.C. Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27603-1168


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


ALLTEL
PO BOX 96019
Charlotte, NC 28296-0019


AUDIENCE MARKETING, INC.
P. O. Box 679
Vancouver, BC Canada V6C 1A1,


BAKERVIEW INVESTOR RELATIONS,
976 PEACE PORTAL DR
Blaine, WA 98230


Bart Mackay
7237 Pace Dr.
P. O. Box 189
Whitsett, NC 27377


Bourland,Heflin,Alvarez,Minor
& Matthews, PLC
5400 Poplar Ave, Suite 100
Memphis, TN 38119-3660


Bridge Point Master Fund, Ltd.
1120 Sanctuary Parkway
Suite 325
Alpharetta, GA 30009

BULLIVANT HOUSER BAILEY
300 PIONEER TOWER
888 SW FIFTH AVENUE
Portland, OR 97204-2089


Capital Venture International
101 California St
Suite 3250
San Francisco, CA 94111


CATALYST FINANCIAL RESOURCES L
3220 SW FIRST AVENUE
SUITE 201
Portland, OR 97239


Citizens Security Life Ins. Co
PO Box 436149
Louisville, KY 40253


Continental Stock Transfer & T
17 Battery Place
New York, NY 10004


CT Corporation
1209 Orange St
Wilmington, DE 19801


DEPOSITORY TRUST COMPANY
55 Water Street
22nd Floor
New York City, NY 10041-0099


DURHAM JONES & PINEGAR
111 EAST BROADWAY
SUITE 900
Salt Lake City, UT 84110


E. Roger Williams
114 Ferris Hill Rd
New Canaan, CT 06840


Edward A Bugniazet III
25 Hilltop Pl
Rye, NY 10580

EGATNIV, LLC
150 West 46th St
New York, NY 10036


Employment Security Commission
700 Wade Avenue
P.O. Box 26504
Raleigh, NC 27611


Enable Growth Partners LP
One Ferry Building
Suite 255
San Francisco, CA 94111


Enable Opportunity Partners LP
One Ferry Building
Suite 255
San Francisco, CA 94111


FEDEX FREIGHT
PO BOX 406708
Atlanta, GA 30384-6708


FIDELITY SECURITY LIFE /EYEMED
PO BOX 632530
Cincinnati, OH 45263-2530


Fort Ashford Funds, LLC
2532 Dupont Drive
Irvine, CA 92612


GGR II - Gregory Voetsch
545 Washington Blvd
Jersey City, NJ 70310


GGR II - Thomas Joyce
545 Washington Blvd
Jersey City, NJ 70310


HANSON, BARNETT & MAXWELL
5 TRIAD CENTER, SUITE 750
Salt Lake City, UT 84180-1128

High Performance Coatings, Inc.
7237 Pace Drive
Whitsett, NC 27377


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Jamees McCormick C/O FMCG
90 Park Ave 18th Floor
New York, NY 10016


Jason Baer
35 Golf View Dr
Easton, CT 06612


Jeffrey Kahn
43 Antler Lane
Wilton, CT 06897


Knight Capital Group
545 Washington Blvd
Jersey City, NJ 70310


Knight Capital Group
545 Washington Blvd
Jersey City, NJ 07310


KNIGHT CAPITAL MARKETS LLC
ATTN: ACCTS RECEIVABLE
545 WASHINGTON BLVD; 3RD FLOOR
Jersey City, NJ 07310


Laboratory Corporation of Amer
PO BOX 12140
Burlington, NC 27216-2140


Les Mangum
7237 Pace Dr.
P. O. Box 189
Whitsett, NC 27377

LINCOLN NATIONAL LIFE INSU
PO BOX 0821
Carol Stream, IL 60132-0821


M Scott Moss
4 New Canaan Ave
Norwalk, CT 06851


Marcelene  Cook
7237 Pace Dr.
P. O. Box 189
Whitsett, NC 27377


Mark Reinders
86 Codfish Hill Rd
Bethel, CT 06801


MCC, Inc.
7237 Pace Drive
Whitsett, NC 27377


Michael Novakovic
113 North Spring Mill Road
Villanova, PA 19085


NC A & T
1601 E. Market Street
Fort Disciplinary Research Center
Greensboro, NC 27411


NC DEPT OF REVENUE
P. O. Box 25000
Raleigh, NC 27640-0700


NET@WORK
1616 E MILLBROOK RD
SUITE 380
Raleigh, NC 27609


nTech, Inc.
7237 Pace Drive
Whitsett, NC 27377

Paul Clayson
7237 Pace Dr.
P. O. Box 189
Whitsett, NC 27377


Paul M Foley
68 West Road
New Canaan, CT 06840


Pierce Diversified Strategy/Master Fund
One Ferry Building
Suite 255
San Francisco, CA 94111


PREMIUM ASSIGNMENT CORPORATION
PO Box 3100
Tallahassee, FL 32315-3100


QUARTER CIRCLE 2C, LLC
7237 Pace Drive
P O Box 189
Whitsett, NC 27377


QUOTE MEDIA
17100 E SHEA BLVD
SUITE 230
Fountain Hills, AZ 85268


Rahn & Bodmer
TALSTRASSE 15 POSTFACH
CH 8022 ZURICH, SWITZERLAND


Rogers H / Nancy W Harper
20 Country Club Rd
New Canaan, CT 06840


SAGE SOFTWARE, INC.
ATTN: CUSTOMER CARE DEPT
PO BOX 849887
Dallas, TX 75284-9887


Sam Holmes
7237 Pace Dr.
P. O. Box 189
Whitsett, NC 27377

SCOTT INSURANCE
628 Green Valley Road
Suite 306
Greensboro, NC 27408


Scott Lyman
156 Colonial Rd
New Canaan, CT 06840


SOUTHRIDGE SERVICES
32 West 300 South
#136
Salt Lake City, UT 84101


Stanley Benefits, Inc.
P.O. Box 29329
Greensboro, NC 27429


TELNETZ, INC
582 Pinecreek Rd
Troy, MT 59935


Terry Holmes
7237 Pace Dr.
P. O. Box 189
Whitsett, NC 27377


Toshiba Financials/GE Capital
P O Box 740441
Atlanta, GA 30374-0441


U S. Securities Exchange Commission
Rm 10700
100 F Street NE
Washington, DC 20549


UNITED HEALTHCARE
Dept. Ch-10151
Palatine, IL 60055


UTAH STATE TAX COMMISSION
210 N 1950 W
Salt Lake City, UT 84134-0190

VIAVID BROADCASTING CORP
PO BOX 92055
WEST VANCOUVER POSTAL OUTLET
WEST VANCOUVER, BC Canada V7V 4X4


WAYLON PRINCE
McCann Erickson Adv
32 Exchange Place
suite 200
Salt Lake City, UT 84111


William P Whalen
69 Oriole Way
Westbury, NY 11590


WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111


Zanett Opportunity Fund, Ltd
635 Madison Avenue, Ste 1500
New York, NY 10022


ALLEN BRADLEY
7433 NW 6TH TERRACE
OKLAHOMA CITY, OK 73127


ANTHONY MCCULLOUGH
7009 N W 16TH #276
BETHANY, OK 73008


AVENDALE EQUITY LLC
HENVILLE BUILDING
CHARLESTON, NEVIS


BARB TAYLOR
6170 DOUGLAS AVE
KALAMAZOO, MI 49009


BART MACKAY
108 ELMCREST LANE
ELON, NC 27244

BERT WONNACOTT
1503 E GREENFIELD AVE
SALT LAKE CITY, UT 84121


BRAD DEKKER
1931 NW 27TH ST
OKLAHOMA CITY, OK 73106


BRIAN NEIL
2501 N NORMAN AVE
OKLAHOMA CITY, OK 73127


BROCK HOLMES
11483 BRAMBLEBERRY LN
DRAPER, UT 84020


BROWN BROTHERS HARRIMAN & CO
140 BROADWAY
NEW YORK, NY 10005


CANACCORD CAPITAL CORP
P O BOX 10337 PACIFIC CTR
2200 - 609 GRANVILLE ST
VANCOUVER BC, CANADA V7Y 1H2


CAPITAL VENTURE INTERNATIONAL
101 CALIFORNIA ST STE 3250
SAN FRANCISCO, CA 94111


CAROLINE HANSON
3805 SUNNYCREST DRIVE
NORTH VANCOUVER BC, CANADA V7R 3C5


CEDE & CO
P O BOX 20
BOWLING GREEN STATION
New York, NY 10004


CHRISTOPHER ASHER
2621 S W 74TH
OKLAHOMA CITY, OK 73159


CINDY POWELL
809 HILLCREST DR
GIBSONVILLE, NC 27249

CITIGROUP GLOBAL MARKETS INC
333 W 34TH ST 3RD FL
NEW YORK, NY 10001


CLARK PAPKE
11186 HAWKWOOD DR
SANDY, UT 84094


CRUZ RAMIREZ
8729 S OLIE AVE
OKLAHOMA CITY, OK 73139


DARIN TEW
1266 S 330 W
PAYSON, UT 84651


DAVE BURTON
3721 JULIAN ST
CLIMAX, NC 27233


DAVID GIBBONS
4607 MARLIN COURT
HERRIMAN, UT 84096


DAVID HATCH
4507 E TREMAINE AVE
HIGLEY, AZ 85236


DEBRA CHRISTENSEN
1167 E RANCHERO DR
DRAPER, UT 84020


DERRICK KING
5542 NW 23RD OKC
OKLAHOMA CITY, OK 73127


E ROGER WILLIAMS
114 FERRIS HILL RD
NEW CANAAN, CT 06840


E*TRADE CLEARING LLC
ATTN KEVIN PRINCE
55 WATER ST 32ND FL
New York, VY 10041

ENABLE GROWTH PARTNERS LP
ONE FERRY BUILDING STE 255
SAN FRANCISCO, CA 94111


ENABLE OPPORTUNITY PARTNERS LP
ONE FERRY BUILDING STE 255
SAN FRANCISCO, CA 94111


FIRST CLEARING LLC
P O BOX 6570
GLEN ALLEN, VA 23058


GARRETT BEST
2387 W MONT CALM DR
RIVERTON, UT 84065


GARRETT BRYAN
6029 JACKLING WY
WEST JORDAN, UT 84084


GGR 1 LLC
C/O MERRILL LYNCH, ATTN TIM ORR
4 CHERRY ST
NEW CANAAN, CT 06840


GGR II
ATTN: TOM JOYCE
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310


GOLDEN CAPITAL SECURITIES LTD
168-1177 W HASTINGS ST
VANCOUVER BC, CANADA V6E 2K3


GREGORY CHAN
711 W 1950 S
SYRACUSE, UT 84075


JAMES C DODD
6850 DERBY RUN DR
WHITSETT, NC 27377

JAMES MCCORMICK
C/O FMCG
90 PARK AVE 18TH FL
NEW YORK, NY 10016


JAMES YATES
1234 GLORY VINE ROAD
WHITSETT, NC 27377


JASON BAER
35 GOLF VIEW DR
EASTON, CT 06612-2156


JEFF JONES
1804 MOUNTAIN VIEW RD
SALT LAKE CITY, UT 84106


JEFFREY S KAHN
43 ANTLER LANE
WILTON, CT 06897


JEFFREY STEPHENS
1064 FALLBROOK WAY
SANDY, UT 84094


JERERMY SHIELDS
7414 S 4950 W
WEST JORDAN, UT 84084


JOE ESPIL
1080 W 3300 S
SALT LAKE CITY, UT 84119


JOHN PASSEY
959 WYCKSHIRE COURT
WHITSETT, NC 27377


KEN CROCHERON
247 E PEBBLEBROOK WAY
DRAPER, UT 84020


KENT WHTESEL
604 KINVARRA PL
PURCELLVILLE, VA 20132

KEVIN SASSER
P O BOX 10
WHITSETT, NC 27377


KMB LLC
100 MANHATTANVILLE ROAD
PURCHASE NY, NY 10577-2134


KNIGHT CAPITAL GROUP
ATTN: TOM JOYCE
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310


KNIGHT/TRIMARK INC
100 MANHATTANVILLE ROAD
PURCHASE NY, NY 10577-2134


LANCE KRESS
1853 DUNBAR PLACE
BURLINGTON, NC 27215


LES MANGUM
814 ELON OSSIPEE ROAD
ELON, NC 27244


LISA LEONARD
1730 POLK WRIGHT LANE
KNOXVILLE, TN 37919


M RUSSELL BALLARD
2726 E WASATCH DR #20
SALT LAKE CITY, UT 84108


MAC & CO
ATTN CASH DIVIDEND UNIT
P O BOX 3196
PITTSBURGH, PA 15230


MARCELENE COOK
3122 MIDLAND COURT
BURLINGTON, C 27215


MARCI BROWN
5201 S SARA ROAD
MUSTANG, OK 73064

MARCINE HOLMES
13777 S SOUTHFORK DDR
DRAPER, UT 84020


MARK H WILLES
4343 SHEFFIELD DR
PROVO, UT 84604


MARSHALL TULLOS
912 DAVID RD
MOORE, OK 73160


MARTIN SCOTT MOSS
4 NEW CANAAN AVE
NORWALK, CT 06851


MATTHEW HARRIS
7351 S CATALPA RD 104A
MIDVALE, UT 84047


MATTHEW HIGLEY
5811 W LODESTONE AVE
KEARNS, UT 84118


MERRILL LYNCH PIERCE FENNER &
SMITH INC
101 HUDSON ST
Jersey City, NJ 07302


MICHAEL NOVAKOVIC &
PHEBES NOVAKOVIC  JT TEN
55 E FRONT ST
Bridgepoint, PA 19405


MORGAN STANLEY DW INC
HARBORSIDE FINANCIAL CTR
230 PLAZA 3 4TH FL
Jersey City, NJ 07311


NATHAN COCHRAN
5279 S MORNING SKY
TAYLORSVILLE, UT 84123

NBCN INC
1010 DE LA GAUCHETIERE WEST
SUITE 1410 DEPT J-03
Montreal QC, CANADA  H3B5J2


NELSON PICKETT
633 W VANDAMENT #186
YUKON, OK 73099


OPTIONSXPRESS INC
311 W MONROE ST STE 1000
CHICAGO, IL 60606


PANAMERICA CAPITAL GROUP INC
TORRES DE LAS AMERICAS TOWER B 18TH FLR
PUNTA PACIFICA, Republic of Panama


PAUL FOLEY
68 WEST RD
NEW CANAAN, CT 06840


PAUL S CLAYSON
211 BRIGHTON DRIVE
ELON, NC 27244


PAUL THORNLEY
3314 WESTBROOK DR
WEST JORDAN, UT 84084


PENSON FINANCIAL SERVICES INC
1700 PACIFIC AVE #1400
DALLAS, TX 75201


PIERCE DIVERSIFIED STRATEGY MASTER
FUND LLC ENA
ONE FERRY BUILDING STE 255
SAN FRANCISCO, CA 94111


RAMON BARRERA
1501 W FOX PARK DR - APT 15B
WEST JORDAN, UT 84088-8272


RAYMOND JAMES LTD
400 - 925 W GEORGIA ST
VANCOUVER BC, CANADA V6C 3L2

RBC DAIN RAUSCHER INC
510 MARQUETTE AVE S
P O BOX 1510
Minneapolis, MN 55402


RICH MAILE
750 W LAZY OAK WAY
SANDY, UT 84070


ROBERT HAIGHT JR
1872 YALE AVE
SALT LAKE CITY, UT 84108


ROBERT HAIGHT SR
2206 SNOW BASIN
SANDY, UT 84093


RODGERS H HARPER &
NANCY W HARPER JT TEN
20 COUNTRY CLUB RD
NEW CANAAN, CT 06840


SAM HOLMES
112 EVA DRIVE
GIBSONVILLE, NC 27249


SHAUN MCKAY
4431 S 2300 W
ROY, UT 84067


STEPHEN DRAKE
2008 S MEBANE ST APT #745G
BURLINGTON, NC 27215


STERNE AGEE & LEACH INC
813 SHADES CREEK PKWY STE 100B
BIRNINGHAM, AL 35209


STEVE DEKKER
2100 NW 37TH
OKLAHOMA CITY, OK 73112


STEVE STUDDERT
422 RANCH DR
ALPINE, UT 84004

STEVE WILLIAMS
459 W 700 S
OREM, UT 84058


STEVEN RIPKA
1343 SE 39TH
OKLAHOMA CITY, OK 73129


TERRY R HOLMES
13777 S SOUTHFORK DR
DRAPER, UT 84020


THOM BUCKLEY
7070 MONTE VERDE
EL SOBRANTE, CA 94803


VENTURE CAPITAL FIRST LLC
HENVILLE BUILDING
CHARLESTOWN, NEVIS


WALLACE LUNSFORD
8705 NW 87TH TERR
OKLAHOMA CITY, OK 73132

# United States Bankruptcy Court
## Middle District of North Carolina

In re   nCoat, Inc.

                                                          Debtor(s)

Case No.

Chapter     11


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   nCoat, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


August 16, 2010

Date

/s/ John A. Northen, NCSB

John A. Northen, NCSB 6789

**Signature of Attorney or Litigant**

Counsel for   nCoat, Inc.

Northen Blue, L.L.P.

1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy