# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| IN THE MATTER OF:<br><br>nCoat, Inc., et al<br><br>Debtors. | Case No. 10-11512<br>(Consolidated for Administration)<br>Chapter 11 |
|---|---|
| **Second Order Extending Exclusive Periods** ||

  This matter came before the Court on the Motion filed by nCoat, Inc. ("nCoat"), nTech, Inc. ("nTech"), MCC, Inc. ("MCC") and High Performance Coatings, Inc. ("HPC" and collectively, the "Debtors") pursuant to § 1121 of the Bankruptcy Code and Rule 3016 of the Federal Rules of Bankruptcy Procedure to further extend the exclusive periods to file and to have confirmed, respectively, a plan and disclosure statement.

  The Debtors have liquidated substantially all tangible and intangible assets and ceased business operations. However, the Committee has requested that the Debtors preserve certain business records so that potential causes of action can be identified, evaluated and, if appropriate, pursued by the Debtors or the Committee. In order to complete such review and tailor any proposed plan in light of any developments in this regard, the Debtors request a further extension of each of the exclusive periods.

  Based upon the matters presented the Court finds that the requested extension is in the best interest of the estates and for good and sufficient reasons appearing it is hereby Ordered that the Debtors' exclusive period to file a disclosure statement and proposed plan of reorganization is extended to May 14, 2011, and the Debtors' exclusive period to confirm a plan of reorganization is extended to July 13, 2011.

Exclusivity ext order #2 2011.03.11.doc   1
Case 10-11512   Doc 199   Filed 03/14/11   Page 1 of 2

Service list:

| | |
|---|---|
| Michael D. West<br>Bankruptcy Administrator<br>Post Office Box 1828<br>Greensboro, NC  27402 | Julie B. Pape<br>William B. Sullivan<br>Official Committee of Unsecured Creditors<br>One W. Fourth Street<br>Winston-Salem, NC  27101 |
| Gregory B. Crampton<br>Kevin L. Sink<br>Obo Fort Ashford Funds, LLC<br>3700 Glenwood Avenue, Ste 500<br>Raleigh, NC  27609 | |